## Second Department, February, 1936.

Dora Levy, Respondent, v. Isaac Levy, Appellant.— On argument, order denying motion to vacate and set aside an order of arrest affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.

Hillcrest Holding Co., Inc., Respondent, v. Unicorn Realty Co., Inc., Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon condition that within five days from the entry of the order herein the appellant file an additional undertaking, with corporate surety, in the sum of $6,000; otherwise, the motion for a stay is denied. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

In the Matter of the Application of Laurence B. Dodds for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) —Applicant has not practiced at least five years in the highest law court of the District of Columbia, where he was admitted to the bar, or in the highest court of original jurisdiction. It also appears that at no time after his admission by the Supreme Court of the District of Columbia has he been a resident of that place. Application denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of Sol Douglas, Petitioner, for a Certiorari Order against Frank F. Adel, a Justice of the Supreme Court of the State of New York, Respondent.— Motion denied. Respondent has filed with the clerk of this court the order of certiorari served upon him, and the clerk has annexed it to the return heretofore filed by the respondent. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.